**DATE OF NOTICE:** October 17, 2019

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE** | : | **NO. 19-3438** |
| *Defendant*. | : | |

**NOTICE OF CANCELLING HEARING**

The **INITIAL PRETRIAL CONFERENCE** in this matter scheduled to be held on **OCTOBER 18, 2019** with the Honorable Gene E.K. Pratter in the United States Courthouse, 601 Market Street, Philadelphia, PA 19106 in **Chambers (Room 10613)** has been **CANCELLED**.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Copies forwarded by ECF to:**
John C. Atkin, Esquire